FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 MAR 27 PM 4:33
CLERK
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JESUS ENRIQUEZ MONTANO, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-106 |
| v. | * | |
| TRACY JOHNS, | * | |
| Respondent. | * | |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 13, to which Petitioner Jesus Montano ("Montano") failed to file Objections.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Montano's 28 U.S.C. § 2241 Petition, **DENIES** Montano *in forma pauperis* status on appeal, and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 27 day of March, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)